IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

|  | MISC. NO.: 4:26 - mj - 00018 - MCRI |
|---|---|
| In the Matter of a Criminal Complaint in the Case Captioned *United States v. Robert Edward McCarthy, aka "Bob"* | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Tyler Kantorowski, a Special Agent with the Federal Bureau of Investigation ("FBI"), being first duly sworn, hereby state and depose as follows:

### Introduction and Agent Background

1. This affidavit is being submitted in support of a criminal complaint charging Dr. Robert McCarthy, hereinafter "McCarthy," with violating the following:

   a. Title 18, United States Code, Section 2252A(a)(5)(B) (*Possession of Child Pornography*) on or about July 2025 through on or about March 30, 2026.

2. I have been employed as a Special Agent ("SA") of the FBI since December 2020. Prior to joining the FBI, I was a Police Officer for the City of San Bernardino, California, from 2014 to 2020. I am currently assigned to FBI Columbia Division/Myrtle Beach Resident Agency, Palmetto Child Exploitation and Human Trafficking Task Force ("PCEHTF"), where my investigative responsibilities include investigations of child exploitation crimes including production, possession, receipt, and distribution of child sexual abuse material ("CSAM"),[1] and child sex trafficking and associated schemes. During investigations in which I have been involved, I have conducted surveillance, monitored court authorized wiretaps, interviewed cooperating witnesses, worked with confidential sources, reviewed and analyzed recorded conversations and

---

[1] FBI uses the term child sexual abuse material to refer to child pornography and visual depictions of minors engaging in sexually explicit conduct as defined in 18 U.S.C. § 2256.

records of organized crime groups, and used other relevant investigative techniques. I am familiar with violations pertaining to the illegal possession, receipt, transportation, and production of material depicting the sexual exploitation of minors and the manner and means in which individuals who traffic in and/or produce child pornography attempt to conceal their activities from law enforcement. I have written, executed, and participated in the execution of numerous search warrants, and investigations I have been involved in have resulted in numerous arrests and convictions of individuals involved in organized crime and crimes against children. I have also gained knowledge and experience through training at the FBI Academy, in service training, and everyday work in conducting these types of investigations. I have received training in the area of child sexual abuse material and child exploitation investigations and have reviewed numerous examples of child sexual abuse material in various forms of media, including computer media.

3.     I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

4.     I have participated in the investigation of the offenses set forth in this Affidavit. As a result of my personal participation in this investigation, through coordination with, and analysis of reports submitted by other Special Agents, as well as other federal, state, and local law enforcement personnel, I am familiar with all aspects of this investigation. The statements contained in this affidavit are based in part on information provided by Special Agents of the FBI, and other local law enforcement officers, and my own experience and background as a Special Agent of the FBI. Since this affidavit is being submitted for the limited purpose of securing a

criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth sufficient facts to establish probable cause for the complaint.

## Statute Charged

5.      Title 18, United States Code, Section 2252A(a)(5)(B) (***Possession of Child Pornography***) prohibits a person from knowingly possessing an image of child pornography, as defined in 18 U.S.C. § 2256 ("child pornography").

6.      As for the statute charged, I know the following to be relevant statutory definitions:

a.  "*Child Pornography*" includes any visual depiction, including any photograph, film, video, picture, or computer or computer generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct where (A) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct; (B) the visual depiction was a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct; or (C) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct. *See* 18 U.S.C. § 2256(8).

b.  "*Minor*" means any person under the age of 18 years. *See* 18 U.S.C. § 2256(1).

c.  "*Sexually explicit conduct*" applies to visual depictions that involve the use of a minor, see 18 U.S.C. § 2256(8)(A), or that have been created, adapted, or modified to appear to depict an identifiable minor, see 18 U.S.C. § 2256(8)(C). In those contexts, the term refers to actual or simulated sexual intercourse (including genital-genital, oral-genital, or oral-anal), whether between persons of the same or opposite sex; bestiality; masturbation; sadistic or masochistic abuse; or lascivious exhibition of the genitals or pubic areas of any person. *See* 18 U.S.C. § 2256(2)(A).

d.  "*Visual depictions*" include undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image. *See* 18 U.S.C. § 2256(5).

## NCMEC and CyberTips

7.      The National Center for Missing and Exploited Children (NCMEC) is a private nonprofit corporation with a mission to help find missing children, reduce child sexual exploitation, and prevent child victimization. One of the services it provides is the national

CyberTipline. Reports to the CyberTipline are made by the public and ESPs. The CyberTipline reporting mechanism assists law enforcement with the detection and investigation of child sexual exploitation crimes.

### Probable Cause

8.      On March 6, 2026, at 18:07:57 UTC, NCMEC received a submission of possible child sexual abuse from a tipster in the Netherlands. The tipster provided the submission to Meldpunt Offlimits, which is a Netherlands based child pornography tipline. Meldpunt Offlimits then in turn also provided the submission to NCMEC.



███████████████████████████████████████████

11.    The server link had an associated IP address (71.68.172.194, or "IP address -194"), and that IP address resolves to McCarthy's practice.  That IP address was observed by NCMEC in its review of the tip. ██████████████████████████████ the IP address associated with that URL resolves to McCarthy's practice.

12.    Information received by FBI pursuant to a subpoena to Charter Communications linked to IP address -194 confirms that the IP address is subscribed to McCarthy Counseling Associates at 4603 Oleander Dr., Suite 2, in Myrtle Beach, South Carolina:

| Target Details | 71.68.172.194 33774 12/2/2025 12:00:00 AM GMT/UTC; 71.68.172.194 33774 3/27/2026 11:59:00 PM GMT/UTC |
|---|---|
| Subscriber Name: | COUNSELLING ASSOC MCCART |
| Service Address: | 4603 OLEANDER DR STE 2, MYRTLE BEACH, SC 295775738 |
| Billing Address: | 4603 OLEANDER DR STE 2, MYRTLE BEACH, SC 295775738 |
| User Name or Features: | carolynmca@aol.com, 8432672467 |
| Phone number: | (843)267-2467, (843)497-5240 |
| Account Number: | 8349210140497866 |
| **Advanced Subscriber Info** | |
| MAC: | 18D6C74DC060 |
| Lease Log: | Start Date: 11/24/2025 7:50 PM End Date: 3/31/2026 2:11 AM |
| **Equipment Details** | |
| CM MAC: | A4CFD2E74378 |
| **Other Details** | |
| Other Information: | |

| paymentMethodType | paymentMethodLast4 | CCAuthToken | CCType |
|---|---|---|---|
| EFT | 8242 | | |
| CC | 0147 | 410040YDFPZX0147 | VISA |
| CC | 0147 | 410040YDFPZX0147 | VISA |

13.    On March 30, 2026, the FBI obtained a federal search warrant authorized by United States Magistrate Judge Kaymani D. West of the United States District Court for the District of South Carolina for the server associated with IP address 71.68.172.194.

14.    That same day, FBI reviewed the server and the files it contained.  The server name is McCartheyCounseling. FBI found numerous child pornography files saved in McCarthy's files

on his server associated with his practice, including the following, which were stored in the "Old

Records and Correspondence" folder:

a. **Angel Video 2.mp4** – A one-minute-long video that features an adult male laying naked on a what appears to be a bed with his legs spread. A prepubescent female is naked and facing away from the male with her genital area pressed against the male's penis. The male is using one hand to masturbate while he moves his hips up and down. The male places his other hand on the hips and buttocks of the prepubescent female while masturbating. There is a watermark at the bottom of the video with the words loliporn6s6cdjjo.onion.

b. **Angel Video 3.mp4** – A one-minute-long video that features an adult male standing by the edge of what appears to be a table with his pants pulled down below his penis, exposing his penis. A prepubescent female is laying face down on the table with her underwear pulled down below her buttocks, her hands appear to be bound with a white, blue, and yellow striped rope. The adult male is holding his penis and rubbing it against the females face and mouth. At one point the male pushes the female's head back to better position her mouth to his penis. The female opens her mouth and sticks her tongue out. The male takes his penis and moves it around her tongue. The male repeatedly hits the female in the mouth with his penis and then rubs it on her cheek. The male then inserts his penis into the female's mouth and thrusts back and forth against the table. There is a watermark at the bottom of the video with the words loliporn6s6cdjjo.onion.

c. **Angel Video 6.mp4** – A one-minute-long video that is a close up of an adult male's penis. There are what appears to be two prepubescent females with their heads in the male's genital area. One female has the penis in her mouth and is moving her head back and forth. The other female appears to have the male's scrotum in her mouth. The video pulls out and shows both females appear to be naked. While the female has her mouth on the male's penis, the male moves his hand from her head to her naked buttocks. There is a watermark at the bottom of the video with the words loliporn6s6cdjjo.onion.

d. **Angel Video 16.mp4** – A one-minute-long video that features an adult male kneeling naked on what appears to be a bed, with his penis in his hand. There is a naked prepubescent female laying with her head on the bed with her knees propped up, lifting her genital area in the air. The male adjusts the female and lays a towel down on the mattress, positioning the female on top of the towel and spreading her legs. The male climbs on top of her and appears to push his penis into her vagina. The male then thrusts his hips repeatedly. Randomly throughout the video a graphic of the words, "The Club" appears in the top right corner. There is a watermark at the bottom of the video with the words loliporn6s6cdjjo.onion.

e. **Angel Frame 4.png** – A color photo taken from a low angle by the feet of a prepubescent male who appears to be laying down naked. An adult female wearing what appears to be an open bathrobe has the male's penis in her mouth.

f. **Angel Frame 5.png** – A close up color photo of an adult male appearing to vaginally penetrate a prepubescent female. The female's ankles are in the frame and are duct taped to her thighs, forcing her knees to be bent.

g. **Angel Frame 35.png** – A color photo of an adult male anally penetrating a prepubescent male. The prepubescent male appears to have welt marks on his upper thighs where the skin is raised and red. The prepubescent male also appears to have a drawstring wrapped tightly around his scrotum causing the scrotum to be purple and enlarged.

h. ███████████████ A color photo of a naked prepubescent female laying down. The photo features an adult hand spreading apart the female's vagina.

15. Also housed on the server were documents associated with McCarthy observed in "Old Records and Correspondence" folder:

a. **IMG002.png** - A document appearing to be on McCarthy Counseling Associates letterhead references an apparent patient veteran claim. McCarthy provides the individual's care background and professional opinion relating to the individual's combat deployments as contributing to his **present** mental status. The letter appears to be digitally signed Robert E. McCarthy, PHD. A folder labeled ████████████ is contained in the "Old Records and Correspondence" folder. Within the ████ folder are 36 documents appearing to be related to Papa's Comprehensive Cognitive and Educational Report. The examiner listed in the report is Dr. Robert McCarthy.[2]

16. There is evidence that McCarthy is responsible ████████████████ the child pornography, and the server housed at his practice with his files and child pornography:

a. McCarthy identified himself as "Bob" over a dozen times ████████████ ████████████████████████████

---

[2] On the server, agents also found documents such as a medical license and correspondence from a female colleague who may have also been employed by McCarthy Counseling Associates. There is no evidence thus far that the female colleague has any involvement in the criminal conduct describe herein.

b.  McCarthy requested photos to be sent to his office at "(sic) 603 Oleander Drive, Suite 2, Myrtle Beach, SC 29557," which is a reference to his office address.[3]

c.  McCarthy referred to "Carol," who works in the office. Better Business Bureau records confirmed that Carolyn McCarthy is the practice manager for McCarthy Counseling Associates.

d.  ████████████████████████████████████████████████████████

e.  McCarthy referred to the "kind of access" he had in New York in the "'80s." McCarthy's biographic information identified formal postgraduate training during the mid-to-late 1970s in psychoanalytically oriented psychotherapy at the New York Center for Psychoanalytic Training in New York City. Open-source research associates McCarthy with addresses in Saratoga and Orange, New York, between 1983 and 1986.

f.  Additionally, the URL ████████████████████ results back to IP address 71.68.172.194, which is attributed to McCarthy Counseling Associates. Further, the URL itself read ████████████████ server name McCartheyCounseling."

g.  ████████████████████ McCarthy discussed sexual abuse of nonverbal patients, techniques used to ensure compliance from patients, and coordinating schedules to abuse children ████████████████ all consistent with open-source information related to the kind of practice McCarthy operates.

17.  Based on the above evidence, I submit there is probable cause to believe that beginning at least in or around July 2025 (the beginning of the e-mail thread) through on or about March 30, 2026 (the date of the execution of the search warrant described above), McCarthy committed a violation of Title 18, United States Code, Section 2252A(a)(5)(B) (*Possession of Child Pornography*), and requests that an arrest warrant be issued for McCarthy for the same.

---

[3] McCarthy's practice, McCarthy Counseling Associates, is located at 4603 Oleander Drive, Suite 2, Myrtle Beach, SC 29577.

Assistant United States Attorneys Lauren Hummel, Elliott B. Daniels, and Elle Klein reviewed this affidavit and concur with this request.   The information contained in this affidavit is true and correct to the best of my knowledge.

_____
Tyler Kantorowski
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
on April __|__ , 2026:

_____
THE HONORABLE KAYMANI D. WEST
UNITED STATES MAGISTRATE JUDGE
Florence, South Carolina