AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 4:26mj00018-MCRI |
| Robert Edward McCarthy | ) | |
| _Defendant_ | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 4/2/2026

_Defendant's signature_

_Signature of defendant's attorney_

William E Hopkin Jr    Fed 6076    State 66474
_Printed name and bar number of defendant's attorney_

12019 Ocean Highway
Pawleys Island, SC    25580
_Address of defendant's attorney_

bill@hopkinsfirm.com
_E-mail address of defendant's attorney_

(843) 314 - 4202
_Telephone number of defendant's attorney_

(843) 314 - 9365
_FAX number of defendant's attorney_