4:26-mj-00018-MCRI *SEALED*    Date Filed 04/01/26    Entry Number 4    Page 1 of 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>Robert Edward McCarthy<br>aka "Bob"<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 4:26-mj-00018-MCRI

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Robert Edward MCCARTHY, aka "Bob"                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☑ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 2252A(a)(5)(B) (Possession of Child Pornography)


Date:  April 1, 2026                              _____
                                                                    *Issuing officer's signature*

City and state:  Florence, S.C.                KAYMANI D. WEST U.S. Magistrate Judge
                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  4/2/2026 , and the person was arrested on *(date)*  4/2/2026<br>at *(city and state)*  Myrtle Beach, SC .<br><br>Date: 4/2/2026                              _____<br>                                                                  *Arresting officer's signature*<br><br>                                                                  Joaquin Balaguer, FBI<br>                                                                  *Printed name and title* |